# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 14, 2022  **Time:** 3:05 – 3:14 = 9 minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 22-cv-00216-EMC  **Case Name:** Charalambous v. Liberty Mutual Insurance Company

**Attorney for Plaintiff:** James Clapp
**Attorney for Defendant:** Wendy Lazerson

**Deputy Clerk:** Bhavna Sharma  **Court Reporter:** Ronelle Corbey

## PROCEEDINGS

Initial Case Management Conference - held via Zoom

## SUMMARY

Parties stated appearances.

Parties discussed mediation options for the future. Both parties agree that discovery needs to be done prior to pre-certification mediation. Defendant prefers that mediation be scheduled after the motion certifications have been filed. Plaintiffs prefer that mediation occur before briefing is completed.

The Court will adopt an April 3, 2023, filing date for class certification motion; mediation to be completed three weeks after the briefing, by April 24, 2023. However, before the end of the year, parties shall meet with a mediator to explore early mediation. Both parties to submit stipulation back outlining the progress on finding a mediator prior to the next status.

CASE CONTINUED TO: **December 13, 2022, at 2:30 p.m., for Status Conference.** Parties shall file a joint status report at least seven days prior to the next hearing.