JAMES F. CLAPP (145814)
jclapp@clapplegal.com
MARITA MURPHY LAUINGER (199242)
mlauinger@clapplegal.com
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Tel:   760-209-6565 ext. 101
Fax:  760-209-6565

Attorneys for Plaintiffs
ALEX CHARALAMBOUS and BRIAN PULLEN


Wendy M. Lazerson (SBN 97285)
wlazerson@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Rd, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY
and LIBERTY MUTUAL GROUP INC.
*(Additional Defendants' Counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CHARALAMBOUS and BRIAN PULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  3:22-cv-00216-EMC<br><br>**ADDENDUM TO SETTLEMENT AGREEMENT AND RELEASE OF CLASS AND REPRESENTATIVE ACTION CLAIMS** |

**<u>Additional Defendants' Counsel</u>**

Katherine A. Roberts (SBN 259486)
kate.roberts@sidley.com
Beth A. Scheel (SBN 202064)
bscheel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Plaintiffs Alex Charalambous and Brian Pullen and Defendants Liberty Mutual Insurance Company and Liberty Mutual Group Inc. (collectively, The Parties) by and through their respective attorneys of record hereby amend their Settlement Agreement and Release of Class and Representative Action Claims ("Settlement") as follows:

ADD: **7.2.1 <u>EMAIL NOTICE TO CLASS MEMBERS</u>**

Defendants shall also provide the Settlement Administrator with the last known personal email address for any Class Members whose personal email address is readily available in Defendants' HR information system. In addition to mailing, the Settlement Administrator shall email the Class Notice and Share Form to those Class Members whose email address has been provided.

ADD: **7.3.1 <u>OPT OUT BY EMAIL</u>**

In lieu of mailing or faxing a Request for Exclusion, Class Members who want to opt out may send an email by the Response Deadline to the Settlement Administrator at an email address provided by the Settlement Administrator substantially stating the following: "I wish to be excluded from the settlement class in the case of Alex Charalambous et al. v. Liberty Mutual Insurance Company et al. I understand that by asking to be excluded from the settlement class, I will not receive any money from the class settlement of this lawsuit and will not be releasing any claims I may have." Any such email that is not time-stamped as received by the Settlement Administrator by 11:59 p.m. on the Response Deadline will be invalid.

ADD: **8.7.1 <u>REMINDER POSTCARD</u>**

Approximately sixty (60) days after mailing the Individual Settlement Amounts, the Settlement Administrator will mail a Reminder Postcard to each Class Participant who has not yet negotiated his, her, or their check. The Reminder Postcard shall inform the Class Participant (1) that a check was mailed but has not been negotiated; (2) the deadline to cash or negotiate the check; and (3) the contact information for the Settlement Administrator if the check has not been received or has been lost.

///

The Parties' revised Notice of Proposed Class Action Settlement is attached hereto as Exhibit 1.

Dated: February 28, 2024                    CLAPP & LAUINGER LLP

_____
JAMES F. CLAPP
MARITA MURPHY LAUINGER
Attorneys for Plaintiffs
ALEX CHARALAMBOUS and BRIAN PULLEN

Dated: February 28, 2024                    SIDLEY AUSTIN LLP

_____
WENDY LAZERSON
KATHERINE A. ROBERTS
BETH A. SCHEEL
Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP INC.